Case No:   12-06176

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Sharon R Preston** | Case No. | **12-06176** |
| | | Chapter | **13** |
| Property Address: | **934 24th Avenue, Bellwood, IL 60104** | | |
| Last four digits of any number your use to Identify the debtor's account: | **###6496** | | |
| Court Claim No. (if known) | | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Ocwen Loan Servicing, LLC as servicer HSBC Bank USA, N.A. as Trustee**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **09/21/2015** and filed as Docket No. **53**

### Pre-Petition Default Payments    Applicable option is checked.

■   Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐   Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: 

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments    Applicable option is checked.

■   Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐   Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: 

Attached is a Schedule of Amounts Outstanding Post-petition Claim.  It is an itemized account of the post-petition amounts that remain unpaid as of the Statement date of 10/9/15.  The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may become due after the date of this Statement.

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement.  In addition, the amounts due may include payments reflected on the NOFC but which have not yet been received and/or processed by the Bank.

Case No:    12-06176

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim. | |
| Check the appropriate box. | |
| ☐ I am the creditor        ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.) | |

✘ /s/ Rachael A. Stokas          Date     10/9/15
    Signature

Print:     Rachael A. Stokas              Title    Attorney for Creditor
           First Name    Middle Name    Last Name

                                                                            14-15-16134

Company    Codilis & Associates, P.C.

Address    15W030 North Frontage Road, Suite 100
           Number            Street

           Burr Ridge        IL    60527
           City              State    ZIP Code

Telephone number:  (630) 794-5300       email:    ND-Two@il.cslegal.com

Case No:    12-06176

# UNITED STATES BANKRUPTCY COURT

## **Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date | Amount |
|---|---|---|
|  |  |  |

Case No:    12-06176

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date | Amount |
|---|---|---|
|  |  |  |

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 9, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 9, 2015.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Sharon R Preston, Debtor(s), 934 24th Ave, Bellwood, IL 60104
Ernesto D. Borges, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

               /s/ Rachael A. Stokas

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-15-16134)**

NOTE: This law firm is a debt collector.